```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, AZ Bar #016370
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6
   Attorney for Defendant
7  OLIE EUGENE HENDRICKS
```

FILED
JUN 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OLIE EUGENE HENDRICKS,<br><br>    Defendant. | No. CR-S-08-00556-JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY EXAMINATION<br><br>Date: June 24, 2010<br>Time: 2:00 p.m.<br>Judge: Hon. Dale A. Drozd |

It is hereby stipulated between the parties, Michele Prince, Assistant United States Attorney, attorney for plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant OLIE EUGENE HENDRICKS, that the Preliminary Hearing date of June 24, 2010 be vacated and a new Preliminary Hearing date of June 28, 2010 at 2:00 p.m. be set.

A continuance is necessary to both parties to continue their pretrial investigations and review discovery prior to the Preliminary Hearing. The parties agree a continuance is necessary for these purposes,

1 | and agree to exclude time under the Speedy Trial Act accordingly.

2 |     IT IS STIPULATED that the period from the signing of this Order, up
3 | to and including June 28, 2010 be excluded in computing the time within
4 | which trial must commence under the Speedy Trial Act, pursuant to
5 | pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Code
6 | T4 (ongoing preparation of defense counsel).

8 | Dated:  June 24, 2010

9 |     Respectfully submitted,

10 |     DANIEL BRODERICK
    Federal Defender

12 |     /s/ Douglas Beevers

13 |     DOUGLAS BEEVERS
    Assistant Federal Defender
14 |     Attorney for Defendant
    OLIE EUGENE HENDRICKS

16 | Dated:  June 24, 2010

17 |     BENJAMIN B. WAGNER
    United States Attorney

19 |     /s/ Michele Prince

20 |     MICHELE PRINCE
    Assistant U.S. Attorney

22 | **ORDER**

23 | IT IS SO ORDERED.

24 | Dated: June 25, 2010

    GREGORY G. HOLLOWS
    U.S. Magistrate Judge

Stipulation/Order     -2-