UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                        RE:    Olie Eugene HENDRICKS
                                                  Docket Number:   2:08CR00556
                                                  <u>NEW LAW VIOLATIONS</u>

Your Honor:

On June 8, 2010, a petition was filed alleging the offender committed a new law violation. It has come to our attention the State of California has filed three felony charges alleging 273.5 PC: Wilful Infliction of Corporal Injury, 236 PC: False Imprisonment, and 422 PC: Criminal Threats. The bail in the state case has been set at $1,500,000. Assistant United States Attorney, Michelle Prince, informed this office the District Attorney's Office has filed a Writ, and the offender will be arraigned in state court on Monday, August 1, 2010. At this time, we are asking the federal petition be dismissed without prejudice, and the next court date of August 3, 2010, be vacated. Should the offender be convicted in state court, a new petition alleging a new law violation will be filed. The Court will be notified of action taken by the state court. All parties in this case have been notified that this recommendation is being forwarded to Your Honor.

                                      Respectfully submitted,


                                      **CASSANDRA A. FOX**
                                  **United States Probation Officer**

Dated:       July 30, 2010
                 Sacramento, California

**REVIEWED BY:**     _____
                            **KYRIACOS SIMONIDIS**
                            **Supervising United States Probation Officer**

**RE:** **Olie Eugene HENDRICKS**
**Docket Number:   2:08CR00556-01**
**NEW LAW VIOLATIONS**

**THE COURT ORDERS:**

( X )   The petition filed on June 8, 2010, is dismissed without prejudice and the next court date of Tuesday, August 3, 2010, be vacated.

(   )   Other:

| 07/30/2010 | /s/ John A. Mendez |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   Michelle Prince
      Assistant United States Attorney

      Douglas Beavers
      Defense Counsel