FILED

August 14, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:08-cr-00556-JAM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| OLIE EUGENE HENDRICKS, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, OLIE EUGENE HENDRICKS, Case No.

2:08-cr-00556-JAM from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

   __X__   Release on Personal Recognizance

   ____   Bail Posted in the Sum of:

        ____   Co-Signed Unsecured Appearance Bond

        ____   Secured Appearance Bond

        ____   (Other) Conditions as stated on the record.

        ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/14/2018  at  2:22 p.m.

By  _____

Edmund F. Brennan
United States Magistrate Judge