McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLIE EUGENE HENDRICKS,<br><br>Defendant. | CASE NO. 2:08-CR-556-JAM<br><br>**UNOPPOSED MOTION TO DISMISS VIOLATION PETITION**<br><br>COURT: Hon. John A. Mendez |

The United States, through its counsel, Assistant United States Attorney James R. Conolly, by order of the U.S. Magistrate Court, moves this Court for an order to dismiss with prejudice the Petition for Warrant or Summons for Offender Under Supervision (the "Petition"), filed by the U.S. Probation Office on August 6, 2018. (ECF No. 36.) Neither the defendant, Olie Eugene Hendricks, nor the U.S. Probation Office oppose this motion.

On August 14, 2018, United States Magistrate Judge Edmund F. Brennan heard Mr. Hendricks' Motion to Dismiss [the Petition] for Lack of Jurisdiction, which Mr. Hendricks filed on August 13, 2018. (Doc. No. 42.) Mr. Hendricks' motion alleged that his term of supervised release had ended on or about November 29, 2017, and the U.S. Probation Office had not filed the violation petition until August 6, 2018. On this basis, Mr. Hendricks argued that the Court did not have jurisdiction to hear the petition. *See United States v. Vargas-Amaya*, 389 F.3d 901, 903 (9th Cir. 2004) (finding that "when a term of supervised release has expired the district court only retains jurisdiction to revoke

supervised release if a valid 'warrant or summons' was issued within the supervision period"), quoting 18 U.S.C. § 3583(i). The United States agrees that, under Ninth Circuit law governing the running and tolling of a supervised release term, Mr. Hendricks' term of supervised release had indeed expired before the U.S. Probation Office filed the August 6, 2018 petition. The magistrate court found that it did not have jurisdiction to hear the petition, on the basis that it had been filed after Mr. Hendricks' term of supervised release had expired, and found that the Petition should be dismissed with prejudice. The magistrate court has ordered the United States to file this unopposed motion with the District Court requesting an order dismissing with prejudice the August 6, 2018 Petition.

Because this motion is unopposed, the United States does not believe that a hearing is necessary, unless the Court determines otherwise.

Respectfully submitted,

Dated: August 15, 2018
McGREGOR W. SCOTT
United States Attorney

By: /s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

## ORDER

This Court, having read and considered the foregoing motion filed by the United States, and unopposed by both the defendant, Olie Eugene Hendricks, and the U.S. Probation Office, finds that this Court does not have jurisdiction to hear the August 6, 2018 Petition, because Mr. Hendricks' term of supervised release had expired at the time the Petition was filed. The motion is therefore GRANTED.

The August 6, 2018 Petition for Warrant or Summons for Offender Under Supervision is DISMISSED with prejudice.

8/16/2018
Date

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE